# Order

**Lansing, Michigan**

November 28, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158598(49)

RYAN MITCHELL,
      Plaintiff-Appellee,

v

      SC: 158598
      COA: 338701
      Bay CC: 15-003594-CL

DORE & ASSOCIATES CONTRACTING,
INC.,
      Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before December 3, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

November 28, 2018



Clerk